UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-CR-0338- |
| v. | (Judge Conner) |
| DARYL BELL, | |
| Defendant. | (Electronically Filed) |

FILED
HARRISBURG, PA
AUG 1 - 2005
MARY E. D'A[...], CLERK
Per _____ Deputy Clerk

FINAL ORDER OF FORFEITURE
AS TO DEFENDANT DARYL BELL

Upon the proceedings had heretofore and upon Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on January 14, 2005, ordering the defendant to forfeit the following assets:

   (a)   Any and all real estate located at 4055 Northwest Twilight Terrace, Portland, Oregon;

   (b)   The sum of $34,000, formerly held on behalf of the defendant by Sunset Imports, Beaverton, Oregon, which sum was seized by the government on or about March 5, 2004; and

   (c)   One 1997 BMW automobile, VIN WBADE5329VBV91371 seized by the government on or about March 4, 2004.

Notice of the Preliminary Order of Forfeiture was given by publication and notice was served upon third parties.

Petitioners Indy Mac Bank and Carey Custom Homes, Ltd. alleged their third party interests in the subject property and sought to have those interests recognized and considered. The Court has addressed and resolved each of these claims.

Based on the evidence in the Motion for Final Order of Forfeiture submitted by the United States, this Court makes the following determination:

Now, therefore, upon motion of the United States of America, for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. all right, title and interest in the above described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2. the United States Marshals Service is directed to dispose of the property and pay the third party claims of Indy

    Mac Bank and Carey Custom Homes, Ltd. pursuant to the Compromise and Settlement Agreements;

3.  the Clerk is hereby directed to send attested copies of this Order to all counsel of record; and

4.  the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this __10th__ day of __August__, 2005.

          _/s/ Christopher C. Conner_
          CHRISTOPHER C. CONNER
          UNITED STATES DISTRICT JUDGE