UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:04-CR-0338-01 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| DARYL BELL, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

FILED
HARRISBURG, PA
NOV 14 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## AMENDED FINAL ORDER OF FORFEITURE

Upon the Motion of the United States of America, the Court finds:

A Final Order of Forfeiture was entered on August 10, 2005, ordering the defendant to forfeit the following assets:

(a) Any and all real estate located at 4055 Northwest Twilight Terrace, Portland, Oregon;

(b) The sum of $34,000, formerly held on behalf of the defendant by Sunset Imports, Beaverton, Oregon, which sum was seized by the government on or about March 5, 2004; and

(c) One 1997 BMW automobile, VIN WBADE5329VBV91371 seized by the government on or about March 4, 2004.

In order to satisfy certain local rules and filing requirements in the State of Oregon, the United States seeks an amended Final Order of Forfeiture to include additional language to meet those requirements and effect the forfeiture. The defendant has not appealed his conviction or sentence and the time for filing an appeal has expired.

Therefore, it is hereby ORDERED that:

1. all right, title and interest in the below described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

> (a) Any and all real estate located at 4055 Northwest Twilight Terrace, Lot 68, ALDER RIDGE NO. 2, in the City of Portland, County of Multnomah, State of Oregon, including the interests of Katrina Bell, spouse of defendant Daryl Bell and former titled owner to the subject property;

(b) The sum of $34,000, formerly held on behalf of the defendant by Sunset Imports, Beaverton, Oregon, which sum was seized by the government on or about March 5, 2004; and

(c) One 1997 BMW automobile, VIN WBADE5329VBV91371 seized by the government on or about March 4, 2004;

2. the United States Marshals Service is directed to dispose of the property and pay the third party claims of Indy Mac Bank and Carey Custom Homes, Ltd. pursuant to the Compromise and Settlement Agreements previously filed of record;

3. the Clerk is hereby directed to send attested copies of this Order to all counsel of record; and

4. the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE

DATED: 11/14/05

3