# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:04-CR-0338** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DARYL BELL** | : | |



FILED
HARRISBURG
JUL 3 1 2007
MARY E. D'ANDREA, CLERK
Per _____ /s/ _____ Deputy Clerk

## ORDER AMENDING PRIOR ORDER GRANTING RULE 35 MOTION

On July 13, 2007, this Court granted the government's motion to reduce the defendant's in-custody sentence pursuant to Rule 35(b) (Federal Rules of Criminal Procedure (2006)) by four months (Doc. 172). The Court has been informed by counsel for the defendant that defendant Daryl Bell has served the imprisonment portion of his custodial sentence and is presently residing in a half-way house under the direction of the Bureau of Prisons.

Because the defendant has already served his in-prison sentence prior to this Court granting the four-month reduction pursuant to Rule 35, the Court, to give the defendant the benefit from the cooperation provided to the government, hereby orders the defendant to be released from the Bureau of Prisons' half-way house's custody immediately to commence service of his term of supervised release.

///

All other terms and conditions imposed by this Court in the original judgment and commitment order in this case (Doc. 116) and the prior order granting the Rule 35 motion (Doc. 172) shall otherwise remain unchanged.

IT IS SO ORDERED.

_____July 31, 2007_____        _____
Date                                            CHRISTOPHER C. CONNER
                                                           United States District Judge

707949.0001/638509.1