IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:04-CR-338 |
| : | |
| v. : | (Chief Judge Conner) |
| : | |
| **DARYL BELL,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 3rd day of November, 2015, upon consideration of the motion (Doc. 191) filed by Dentsply International, Inc. ("Dentsply"), advising that defendant Daryl Bell ("Bell") has defaulted on his obligation to pay restitution to Dentsply, and requesting a court order enforcing the restitution judgment, and further upon consideration of the government's response (Doc. 198), advising that since the filing of Dentsply's motion, Bell has made two payments totaling $50.00 toward his outstanding restitution obligation of approximately $585,053.78, and partially complied with the government's request for a financial statement and copies of certain tax returns, but further advising that additional compliance is necessary to establish an appropriate payment plan, and the court concluding that the government's proposed course, to wit: ordering Bell's total compliance with the government's requests for financial information in lieu of ordering Bell to appear,

at this juncture, for a hearing on Dentsply's motion, is appropriate, and noting Dentsply's concurrence in the government's response, it is hereby ORDERED that:

1. Dentsply's motion (Doc. 191) is GRANTED.

2. Within fourteen (14) days of today's date, defendant Daryl Bell shall provide to the United States copies of all requested tax returns as well as a financial statement completed to the satisfaction of the United States.

3. Within fourteen (14) days of the United States' receipt of the requested documentation, the United States and defendant Daryl Bell shall develop a realistic payment plan for satisfaction of Bell's restitution obligation.

4. Defendant Daryl Bell shall cooperate fully and promptly with any future inquiry by the United States and any attempt by the United States to gain restitution payments for Dentsply.

5. The United States shall notify the court if defendant Daryl Bell fails to comply with the terms of this order or any payment plan established pursuant to this order.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania